UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN WILEY & SONS, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDUARDO RIVADENEYRA et al.,<br><br>Defendants. | Civil Action No.<br><br>2:13-cv-01085 (MCA) (LDW)<br><br><br>ORDER |

    **THIS MATTER** having come before the Court by way of a letter filed July 14, 2015 (ECF No. 119); and

    **WHEREAS** plaintiffs request until July 24, 2015 to respond to the application by non-party Sterling Educational Media (Sterling) seeking a protective order barring disclosure, in this action, of purportedly confidential and commercially sensitive information concerning its business; and

    **WHEREAS** plaintiffs represent that they would use this time to meet and confer with Sterling in an effort to resolve the dispute and that they will not review potentially sensitive discovery materials until the dispute is resolved;

    **IT IS**, on this 20th day of July 2015, ordered that:

1. Plaintiffs shall submit any response to Sterling's application for a protective order no later than **July 24, 2015**; and

2. While this dispute remains unresolved, plaintiffs shall refrain from reviewing any portion of discovery production that may contain the documents at issue.

*Leda Dunn Wettre*
Leda Dunn Wettre
United States Magistrate Judge